UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| **Joseph Perkins; Shawanda Robinson-Woods; Frederick Walker; Mary Mullen; Dinah Boatwright;** <br><br>Plaintiffs <br><br>v. <br><br>**Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc.; Wyeth, Inc., F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division Of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.,** <br><br>    Defendants | **C.A. No. 04cv11035** |

**PLAINTIFFS' MOTION TO REMAND**

Pursuant to 28 U.S.C. § 1447(c), plaintiffs hereby seek to remand this action to the Superior Court of the Commonwealth of Massachusetts, Middlesex County, where this action was originally filed. In support of this motion, plaintiffs state that the ground asserted for removal by defendants Wyeth, Inc. f/k/a American Home Products Corporation; and Wyeth Pharmaceuticals, Inc. f/k/a Wyeth-Ayerst Phamaceuticals, Inc., a Division of American Home Products Corporation (collectively referred to as "Wyeth"), is improper.

More specifically, defendant, Indevus Pharmaceuticals, Inc., f/k/a Interneuron Pharmaceuticals, Inc.("Indevus"), is a resident of Massachusetts and has not been

fraudulently joined. Wyeth cannot meet the high burden for fraudulent joinder as the allegations in the complaint and supporting affidavits show that plaintiffs have far more than a colorable claims against Indevus.

In support of their motion, plaintiffs rely upon their consolidated memorandum filed in *Amadeo, et al v. Indevus, et al,* No. 04cv11039, and supporting documents. Individual affidavits will be supplied if deemed necessary.

In the event that their motion is granted, plaintiffs request that this Court issue an order requiring that the removing defendants pay plaintiffs' just costs and any actual expenses, including attorneys fees, incurred as a result of the removal.

                                              The Plaintiffs
                                              By their attorneys,

                                              /s/ Michael S. Appel
                                              Edward J. Barshak (BBO # 032040)
                                              Michael S. Appel (BBO # 543898)
                                              Samuel M. Furgang (BBO # 559062)
                                              Sugarman, Rogers, Barshak & Cohen, P.C.
                                              101 Merrimac Street, 9th Floor
                                              Boston, MA 02114
                                              (617) 227-3030

                                              Samuel W. Lanham, Jr. *(Motion to admit Pro Hac Vice filed)*
                                              Cuddy & Lanham, P.A.
                                              470 Evergreen Woods
                                              Bangor, ME 04401
                                              (207) 942-2898

                                              Neil D. Overholtz *(Motion to admit Pro Hac Vice filed)*
                                              Aylstock, Witkin & Sasser, P.L.C.
                                              55 Baybridge Drive
                                              P.O. Box 1147
                                              Gulf Breeze, FL 32562-1147
                                              (850) 916-7450

Dated: June 21, 2004
350837